UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HAND TAX ADVISORY GROUP,**
**INC., et al.,**

    Plaintiffs,

v.                                                                           Case No.  8:05-cv-2305-T-30TBM

**A.A.I.A., INC. a/k/a A AMERICAN**
**INSURANCE d/b/a HAMMER**
**INSURANCE and METROPOLITAN**
**LIFE INSURANCE COMPANY,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*.  In reviewing the docket in this matter, it appears there are no remaining issues to be litigated before this Court.

The  Complaint in this action was filed in state court on November 7, 2005.  As the claims against Metropolitan Life Insurance were subject to removal (Dkt. 1), Defendant Metropolitan Life removed the action on December 16, 2005.

Prior to removal, Defendant Hammer Insurance filed a Motion to Dismiss or in the Alternative Motion to Stay (Dkt. 3).  This Motion was subsequently granted in part and denied in part on May 19, 2006 (Dkt. 16) and Defendant Hammer Insurance was dismissed as a party to this action without prejudice.

On September 16, 2006, the parties filed a Stipulated Motion for Entry of Judgment, seeking an entry of judgment in favor of Defendant Metropolitan Life Insurance Company

(Dkt. 18). This Motion was subsequently granted, (Dkt. 19) and Defendant Metropolitan Life was dismissed as a party to this action. Accordingly, there are no pending claims before this court, with all claims against Defendants having been previously dismissed. The Clerk is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 3, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-2305 -Dismissal of Action.frm